**YAN LIAN, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 06–60865
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 20, 2007.

Charles Christophe, Christophe & Associates, New York, NY, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Yan Lian, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her untimely motion to reopen removal proceedings. Lian contends her motion to reopen: met the requirements set forth in 8 C.F.R. § 1003.2(c)(3)(ii); and, in the alternative, warranted equitable tolling of the filing period. Lian has failed to show that the BIA abused its discretion by denying her motion to reopen. *See Lara v.*

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*Trominski,* 216 F.3d 487, 496 (5th Cir. 2000).

***DENIED.***

the limited circumstances set forth in 5TH CIR. R. 47.5.4.